## FOURTH DEPARTMENT, DECEMBER, 1920.

WILLIAM WRIGHT, Appellant, *v.* TOWN OF WILMURT, Respondent.

*Appeal — dismissal of — when attorney lacks authority to accept service of notice of appeal — calendar practice.*

Appeal from an order of the Supreme Court, made at the Herkimer Trial Term and entered in the Herkimer county clerk's office on the 26th day of November, 1919.

PER CURIAM: We decline to hear this appeal for the reason that if the defendant is legally dead and the action has abated, the action was properly stricken from the calendar; if not, the plaintiff should have moved to vacate the order upon notice to the defendant or its legal successor, as the order was made *ex parte*, without notice or hearing to defendant. The notice of appeal is directed to the attorneys for the defendant, but they have no

authority to accept seervice thereof or appear for the defendant if legally dead, nor does it give this court jurisdiction to hear the appeal. All concur. Appeal dismissed, without costs.